**No. 53200.**—Italian Crafts, Inc., et al. *v.* United States, protests 53527–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53201.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 68830–K/90564, etc. (Chicago).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53202.**—Majestic Metal Novelty Co. et al. *v.* United States, protests 139448–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53203.**—J. & I. Block Co. et al. *v.* United States, protests 140252–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53204.**—Jay Thorpe et al. *v.* United States, protests 143982–K(A), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 26, 1949

**No. 53205.**—John Wanamaker, New York, et al. *v.* United States, protests 119618–K(A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53206.**—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 132104–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53207.**—American Cyanamid Company et al. *v.* United States, protests 145570–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.